UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maxell, Ltd.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>ASUSTEK Computer Inc., et al.<br><br>　　　　　Defendant(s) | CASE No C 18-cv-01788-VC<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: August 1, 2018

Date: April 30, 2018　　　　/s/ Kfir B. Levy
　　　　　　　　　　　　　Attorney for Plaintiff

Date: April 30, 2018　　　　/s/ Michael J. Newton
　　　　　　　　　　　　　Attorney for Defendant

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: May 2, 2018

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Michael J. Newton.

/s/ Kfir B. Levy
Kfir B. Levy

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of May, 2018, the foregoing STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS was filed electronically using the Court's ECF system, which will electronically serve the same upon all counsel of record.

/s/ Adriana L. Lawrence
Adriana L. Lawrence

CASE NO. 18-CV-01788-VC