United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MAXELL, LTD,<br><br>  Plaintiff,<br><br>  v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL.,<br><br>  Defendants. | Case No. 18-cv-01788-VC (LB)<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONS TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Re: ECF Nos. 114, 115 |

The defendants ask the court to grant two unopposed motions for discovery from two third-party foreign defendants — Hitachi Ltd. and Hitachi Consumer Electronics Co., Ltd. — and to sign and affix its seal to the accompanying Letters Rogatory. The court can decide the motions without oral argument under Local Rule 7-1(b) and grants both motions. The court has the inherent authority to issue the Letters Rogatory, and the requests meet the requirements of Federal Rule of Civil Procedure 28(b). The court directs the Clerk of Court to return the original Letters Rogatory (hand-signed by the court with the court's seal) to the defendants' counsel for forwarding to the United States Department of State.

**IT IS SO ORDERED.**

Dated: January 28, 2019

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 18-cv-01788-VC (LB)