UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

MAXELL, LTD,

Plaintiff,

v.

ASUSTEK COMPUTER INC, et al.,

Defendants.

Case No. 18-cv-01788-VC(LB)

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Re: ECF Nos. 118, 120

The defendants ask the court to grant an unopposed motion for discovery from a third-party — Samsung Electronics Co., Ltd. — and to sign and affix its seal to the accompanying Letter Rogatory. The court can decide the motion without oral argument under Local Rule 7-1(b) and grants the motion. The court has the inherent authority to issue the Letter Rogatory, and the request meets the requirements of Federal Rule of Civil Procedure 28(b). The court directs the Clerk of Court to return the original Letter Rogatory (hand-signed by the court with the court's seal) to the defendants' counsel for forwarding to the United States Department of State.

**IT IS SO ORDERED.**

Dated: January 30, 2019

LAUREL BEELER
United States Magistrate Judge